UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------
:
UNITED STATES OF AMERICA, :
: CASE NO. 1:10-CR-0023
Plaintiff, :
:
v. : OPINION & ORDER
: [Resolving Doc. No. 19]
CARLOS CRUZ-VARGAS, :
:
Defendant. :
:
------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Defendant Carlos Cruz-Vargas, sentenced to 30 months imprisonment in May 2010 for illegal reentry after deportation, moves this Court, pro se, for a reduction of his sentence. [Doc. 19.]

On January 20, 2010, a grand jury indicted Cruz-Vargas under 8 U.S.C. § 1326, on one count of illegal reentry after his deportation for sexual conduct with a minor. [Doc. 6.] On March 3, 2010, Cruz-Vargas pled guilty to illegal reentry. [Doc. 14.] This Court sentenced the Defendant to 30 months imprisonment, followed by three years supervised release, on May 18, 2010. Cruz-Vargas was then remanded to the custody of the United States Marshal to begin serving his sentence. [Doc. 17; Doc. 18 at 2.] On November 1, 2010, Cruz-Vargas filed the instant petition, arguing that this Court should consider amendments to the U.S. Sentencing Guidelines, effective November 1, 2010, that Cruz-Vargas says could reduce his 30-month sentence. [Doc. 19.]

Because "a sentencing judge loses jurisdiction over a prisoner once he has begun to serve his

-2-

Case No. 1:10-CR-0023
Gwin, J.

sentence[,]" this Court is without jurisdiction to consider Cruz-Vargas's motion. *Rodger v. White*, No. 89-5720, 1990 WL 95624, at *4 (6th Cir. July 11, 1990) (citing *United States v. Adams*, 362 F.2d 210, 211 (6th Cir. 1966) and *Stone v. United States*, 295 F.2d 241 (6th Cir. 1961)). Though a sentencing judge retains jurisdiction to correct an illegal sentence, *Rodger*, 1990 WL 95624 at *4, n. 4, Cruz-Vargas does not argue that his sentence was illegally imposed. Rather, Cruz-Vargas's motion appears to request a discretionary reduction of his sentence. [Doc. 19 at 2.] Accordingly, this Court does not have jurisdiction to consider the request and **DENIES** Cruz-Vargas's motion.

    IT IS SO ORDERED.


Dated: January 18, 2011                        s/      *James S. Gwin*
                                                    JAMES S. GWIN
                                                    UNITED STATES DISTRICT JUDGE